

Re: 14-cv-5038 L&M Companies, Inc. v. GNS Produce, Inc. et al: Order
Alla Kachan
to:
Olga_Zverovich
06/15/2015 01:34 PM
Hide Details
From: Alla Kachan <alla@kachanlaw.com>

To: Olga_Zverovich@nysd.uscourts.gov

14cv5038(KBF)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 16 2015
```

Dear Ms. Zverovich,

Please be advised that at this moment we represent only Sergey Nashonov at the case and as the client filed for bankruptcy we will not appear. The Defendant, Michael Nashonov will appear today at 5:00 PM as scheduled in the order.

Post to docket
So ordered.
KBF
US DJ
6/16/15

Thank you,

Elina Mushkina

On Wed, Jun 10, 2015 at 2:36 PM, <Olga_Zverovich@nysd.uscourts.gov> wrote:
  Counsel,

  Please see the attached corrected Order.  The Court has corrected a typo in the last sentence.



**Olga Zverovich**
**Law Clerk to Hon. Katherine B. Forrest**

United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007
Email: olga_zverovich@nysd.uscourts.gov
Office: 212-805-0276

*****PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS E-MAIL*****

From: Olga Zverovich/NYSD/02/USCOURTS
To: Mike Stonberg <mike.stonberg@stonbergmoran.com>, Alla Kachan <alla@kachanlaw.com>
Date: 06/10/2015 02:07 PM
Subject: 14-cv-5038 L&M Companies, Inc. v. GNS Produce, Inc. et al: Order

Counsel,

Please see the attached Order, which will be filed on ECF shortly.

[attachment "14cv5038 Order 06102015 201 PM.pdf" deleted by Olga Zverovich/NYSD/02/USCOURTS]



**Olga Zverovich**
**Law Clerk to Hon. Katherine B. Forrest**

United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007
Email: olga_zverovich@nysd.uscourts.gov
Office: 212-805-0276

*****PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS E-MAIL*****

--
Law Offices Of Alla Kachan. P.C.
415 Brighton Beach Av, 2nd Floor
Brooklyn, NY 11235
phone : (718)-513-31-45
fax: (347)-342-31-56